FILED
2022 JUN 23 PM 1:03
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
JAY T. WINWARD, Assistant United States Attorney (#11804)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT CLINTON COMBS,<br><br>Defendant. | Case No. 4:22-mj-00069-PK<br><br>**SEALED FELONY COMPLAINT**<br><br>Count I: 18 U.S.C. § 924(m), Theft of Firearms from a Licensed Dealer;<br>Count II: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.<br><br>Magistrate Judge Paul Kohler |

Before the Honorable Paul Kohler, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**
18 U.S.C. § 924(m)
(Theft of Firearms from a Licensed Dealer)

On or about March 4, 2022, in the District of Utah,

BRETT CLINTON COMBS,

knowingly forced entry into Dixie Gun and Fish, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and carried away the following firearms:

- One (1) CZ Scorpion EVO 3 S1 9 mm semi-automatic pistol
- Four (6) HS Produkt Hellcat 9mm semi-automatic pistols
- Three (3) Sig Sauer P365 XL 9mm semi-automatic pistols
- Two (2) Sig Sauer P365 X 9mm semi-automatic pistols
- Three (3) Sig Sauer P365 9mm semi-automatic pistols
- One (1) Taurus G3C 9mm semi-automatic pistol
- One (1) Taurus GX4 9mm semi-automatic pistol

with the intent to permanently deprive Dixie Fish and Gun of those firearms; all in violation of 18 U.S.C. § 924(m).

**COUNT II**
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms)

On or about March 4, 2022, in the District of Utah,

BRETT CLINTON COMBS,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit:

- One (1) CZ Scorpion EVO 3 S1 9 mm semi-automatic pistol
- Four (6) HS Produkt Hellcat 9mm semi-automatic pistols
- Three (3) Sig Sauer P365 XL 9mm semi-automatic pistols
- Two (2) Sig Sauer P365 X 9mm semi-automatic pistols
- Three (3) Sig Sauer P365 9mm semi-automatic pistol
- One (1) Taurus G3C 9mm semi-automatic pistol
- One (1) Taurus GX4 9mm semi-automatic pistol

and the firearms were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, Special Agent Jonathan Lee, being duly sworn, hereby states the following:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since March of 2018. I am a graduate of the Criminal Investigator Training Program and ATF Special Agent Basic Training program held at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received specialized training in the enforcement of federal firearm and explosive laws. My duties and responsibilities include participating in the investigation and prosecution of persons who violate federal firearm laws and related federal criminal laws. As an ATF SA, I have participated in the investigation of persons who have violated federal laws. The majority of these investigations involved firearms and/or narcotics-related violations.

2. Prior to working for the ATF, I was employed as a law enforcement officer for the Lakewood Police Department in Lakewood, Colorado, from March 2005 through February 2018, serving as a patrol officer, persons-related crimes detective, and patrol supervisor. As a law enforcement officer with the Lakewood Police Department, I conducted physical surveillance, interviewed sources of information and defendants, served and reviewed telephone court orders, served search warrants and arrest warrants, investigated violations of the Colorado Revised Statutes to include firearms and narcotics violations. Further, I have testified in judicial proceedings in both state and federal courts involving prosecutions relating to violations of state and federal firearms laws.

3. The statements in this affidavit do not contain all known information but rather only those facts believed to be necessary to establish probable cause for this Complaint. I am familiar with the facts and circumstances set forth herein as a result of a

review of official reports and records, conversations with other law enforcement officers, and my own investigative efforts, as more fully described below.

4. On March 4, 2022, at approximately 4:48 a.m., a "glass break" alarm was reported at Dixie Gun and Fish, located at 1090 East Tabernacle Street, Unit B, in St. George, Utah. Dixie Gun and Fish is a federally licensed firearms dealer under Title 18 of the United States Code. Officers with the St. George Police Department arrived at the scene approximately 10 minutes later. The front glass door of the business had been completely shattered, and several cases containing firearms and firearm accessories had been damaged. Responding officers located what appeared to be blood on the broken glass from one of the display cases. A sample of the blood was collected.

5. A review of the business' surveillance video showed a single suspect breaking the front glass door with a rock. The suspect continued to break several display cases, removing a number of firearms and placing them into a duffle bag. Approximately 1 minute after entry, the suspect left the business and headed west on foot. A subsequent inventory of the firearms at the business revealed that seventeen (17) firearms were missing, all of which were 9mm semi-automatic pistols and which are incorporated by reference in the two Counts listed above. None of the missing firearms were manufactured within the state of Utah.

6. The blood sample was submitted to the Utah State Bureau of Forensic Services (UBFS) for analysis. On April 26, 2022, the UBFS determined that the sample was attributable to an unknown male. The sample was entered into the Combined DNA Index System (CODIS) for comparison, and on June 7, 2022, a DNA profile match was

returned. The profile match was attributed to BRETT CLINTON COMBS (DOB: 8/7/1980).

7. A records check revealed that COMBS has previously been convicted of a crime punishable by imprisonment for a term exceeding one year (Felon in Possession of a Firearm, District of Nevada, case number 2:10-CR-00173). COMBS is currently on supervised release and residing in Las Vegas, Nevada. Additionally, one of the firearms stolen from Dixie Gun and Fish was recovered by Las Vegas Metro Police Department on May 25, 2022. Reports associated with that case indicate that an individual known as A.C., who is also a convicted felon, pointed the firearm at a gas station security guard and threatened to "blow [the guard's] head off."

8. Based on the aforementioned facts, I hereby submit that there is probable cause to believe that BRETT CLINTON COMBS committed the offenses of Theft of Firearms from a Licensed Dealer and Felon in Possession of Firearms, which are violations of 18 U.S.C. §§ 924(m) and 922(g)(1). I swear the information contained in this affidavit is true and correct to the best of my knowledge, information, and belief.

DATED this 23rd day of June, 2022.

SA JONATHAN LEE, Affiant
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

SUBSCRIBED and SWORN before me this 23rd day of June, 2022.

PAUL KOHLER
Magistrate Judge, District of Utah

APPROVED AS TO FORM:

TRINA A. HIGGINS
United States Attorney

VICTORIA K. MCFARLAND
JAY T. WINWARD
Assistant United States Attorneys